**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re: Avaya Inc., et al.,

                      Debtor,
-----------------------------------------------------------X

Alan Wattenamker,

                      Appellant.                  19 **CIVIL** 5087 (AJN)

        -against-                            **JUDGMENT**

Avaya Inc.,

                      Appellee.
-----------------------------------------------------------X

    It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 30, 2020, the Bankruptcy Court's decision is affirmed in full; the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and in forma pauperis status is thus denied; accordingly, this case is closed.

**Dated:** New York, New York
        April 30, 2020

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                         **Clerk of Court**
                                 **BY:**
                                                        _____
                                                           **Deputy Clerk**